# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                             dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                             ltrust@osbornlawpc.com

February 13, 2025

**MEMO ENDORSED**

*[Signature]*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: 2/14/2025**

The extension requested herein is GRANTED. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 12.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:     *Patrick v. Commissioner of Social Security*
                    Civil Action No. 1:24-cv-08652-VF

Dear Judge Figueredo,

      We write on behalf of our client, Matthew Patrick, with the consent of the defense, to request an extension to file his motion for judgment on the pleadings which is currently due on February 20, 2025, per the Court's November 15, 2024 Standing Scheduling Order. This is the parties' first request for an extension. The Plaintiff requests this extension due to a heavy caseload in the following weeks.

      After conferring with the defendant, the parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **May 21, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **July 21, 2025**; and

- Plaintiff to file his reply, if any, on or before: **August 4, 2025.**

---

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036        Facsimile  212-500-5115      info@osbornlawpc.com

Honorable Valerie Figueredo
February 13, 2025
Page Two

Thank you for your consideration of this request.

                                                            Respectfully submitted,

                                                            s/Daniel A. Osborn
                                                            Daniel A. Osborn
                                                            OSBORN LAW, P.C.
                                                           43 West 43rd Street, Suite 131
                                                           New York, New York 10036
                                                           Telephone:     212-725-9800
                                                           Facsimile:      212-500-5115
                                                           dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)