# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                                 dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                            ltrust@osbornlawpc.com

June 26, 2025

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Patrick v. Commissioner of Social Security*
                  Civil Action No. 1:24-cv-08652-VF

Dear Judge Figueredo,

      We write on behalf of our client, Matthew Patrick, with the consent of the defendant, to correct a typographic error in Plaintiff's motion for an extension of time filed on May 19, 2025 (DE 14). In the May 19, 2025 filing, Plaintiff mistakenly identified August 5, 2025 as the deadline for defendant to file its response to plaintiff's motion.

      The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff filed his motion for judgment on the pleadings on or before: **June 20 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **August 20, 2025**; and

- Plaintiff to file his reply, if any, on or before: **September 3, 2025.**

      Thank you for your consideration of this request.

                                                    Respectfully submitted,

Honorable Valerie Figueredo
June 26, 2025
Page Two

                                            s/Daniel A. Osborn
                                            Daniel A. Osborn
                                            OSBORN LAW, P.C.
                                            43 West 43rd Street, Suite 131
                                            New York, New York 10036
                                            Telephone:     212-725-9800
                                            Facsimile:     212-500-5115
                                            dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)

---

**MEMO ENDORSED**

*[Signature]*
**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**
Dated: 7/1/2025

The Court hereby ADOPTS the parties' amended schedule.

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 17.